UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MICHAEL W. SCARDINA** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-6144** |
| **SOCIAL SECURITY ADMINISTRATION** | **SECTION "I" (3)** |

## ORDER

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objection by plaintiff, Michael W. Scardina, which is hereby **OVERRULED**, approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the Commissioner's Motion for Summary Judgment is **GRANTED**, the Plaintiff's Motion for Summary Judgment is **DENIED** and the plaintiff's complaint be and is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 11th day of April, 2018.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**